**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

MATTHEW ALWARD,

Plaintiff,

v. CIVIL ACTION NO. 5:26-cv-00123

FCI BECKLEY WARDEN, and
FCI BECKLEY, and
UNITED STATES OF AMERICA, and
INMATE FULTZ, and
INMATE JOHNSON, and
INMATE BAILEY, and
INMATE SINGLETON, and
INMATE RICHARDSON, and

Defendants.

**ORDER**

Pending are Plaintiff Matthew Alward's (1) Complaint [Doc. 1], seeking relief pursuant to *Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), filed February 19, 2026, (2) Application to Proceed Without Prepayment of Fees and Costs [Doc. 4], filed March 2, 2026, and (3) Motion Seeking Leave to Proceed In Forma Pauperis [Doc. 5], also filed March 2, 2026. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on August 10, 2026. Magistrate Judge Aboulhosn recommended that the Court deny Mr. Alward's Application to Proceed Without Prepayment of Fees and Costs and his Motion Seeking Leave to Proceed In Forma Pauperis, dismiss his Complaint without prejudice under 28 U.S.C. § 1915(g), and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 27, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 11**], **DENIES** Mr. Alward's Application to Proceed Without Prepayment of Fees and Costs [**Doc. 4**], **DENIES** Mr. Alward's Motion Seeking Leave to Proceed In Forma Pauperis [**Doc. 5**], **DISMISSES WITHOUT PREJUDICE** Mr. Alward's Complaint [**Doc. 1**] under 28 U.S.C. § 1915(g), and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: October 5, 2026

Frank W. Volk
Chief United States District Judge